*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-7250 GHK (FFMx) | Date | June 05, 2008 |
|---|---|---|---|
| Title | *David Abe Spencer  v.  Sears, Roebuck and Co., et al* | | |

**Presiding: The Honorable**   **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | John Turman | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**   **ORDER TO SHOW CAUSE**

   COUNSEL IS HEREBY **ORDERED TO SHOW CAUSE** in writing **within 10 days** hereof, why the above case should not be dismissed for failure to diligently prosecute pursuant to Local Rule 41-1 of this Court.

   Local Rule 41-1 provides that actions which have been pending for more than a reasonable length of time without any proceeding having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution.  Failure to timely and adequately respond as required herein will be deemed abandonment of the above action.  In that event, the above matter will be dismissed without prejudice for failure to diligently prosecute and for failure to comply with this Court's order.

   **IT IS SO ORDERED.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | Bea | |